Lawrence Stevens v. William McAdoo.— Motion granted. Memorandum per curiam. Settle order on notice.

In the Matter of Clarence W. Meade.— Motion to tax expenses, etc., granted. Settle order on notice.

Archibald C. Shenstone, Appellant, v. William B. Dowse, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

James McNeill v. Morris Kamber.— Motion granted, with ten dollars costs. Order filed.

Mary R. Lynch v. Stephen W. Dorsey.— Motion granted, with ten dollars costs. Order filed.

Joseph Elias v. Joseph Eisenberg.— Motion granted, with ten dollars costs. Order filed.

Elizabeth Reich v. Eva S. Cochran and Others.— Motion denied. Order filed.

In the Matter of Monterey Avenue. — Motion denied, with ten dollars costs. Order filed.

Gaston Costet v. Edward J. Jeantet and Others (2 cases).— Motions granted, with ten dollars costs in each case. Orders filed.

. In the Matter of Forty-second and Forty-third Streets. American Ice Company, Appellant (2 cases).— Motions denied. Orders filed.

Metropolitan Milk and Cream Company v. The City of New York.— Motion granted; questions certified. Order filed.

Lloyd McCrum v. Charles W. Frazier.— Motion denied, with ten dollars costs. Order filed.

Gustave E. Walter v. Rosalie L. Rafalsky.— Motion granted; question certified. Order filed.

John Carey v. Manhattan Railway Company. Motion granted. Order signed.

David Hann and Another v. Max Brettler and Another.— Motion granted. Order signed.

In the Matter of Charles E. Stern.— Reference ordered. Settle order on notice.

Henry B. Snyder v. De Forest Wireless Telegraph Company.— Motion denied, with ten dollars costs. Order filed.

Cecelia W. Valentini, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

X-Ray Stove Polish Company, Appellant, v. G. Wells Walsh, Respondent.— Judgment affirmed, with costs. No opinion. (McLaughlin, J., dissenting.)

X-Ray Stove Polish Company, Appellant, v. The Great Atlantic and Pacific Tea Company, Respondent.— Judgment modified by striking out the allowance of costs in the judgment, and as modified affirmed, without costs. No opinion. Settle orders on notice.

James Marroney, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. (Patterson, J., dissenting.) Order filed.

Matthew McPhillips, Respondent, v. Manhattan Railway Company and Interborough Rapid Transit Company, Appellants.— Judgment modified by reducing the amount awarded for fee damage to $2,000, and by reducing the amount awarded for rental damage to $200 per annum, and as so modified affirmed, without costs. No opinion. Settle order on notice.

Margaret Raisner, Respondent, v. Metropolitan Street Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

Curtis A. Barnum and Others, Respondents, v. Delos L. Birge and Everett A. Potter, Appellants.— Judgment affirmed, with costs. No opinion. Order filed.

The People of the State of New York ex rel. Patrick A. Meehan, Relator, v. Francis V. Greene, as Police Commissioner of the Police Department of the City of New York, Respondent— Writ dismissed and proceedings affirmed, with costs. No opinion. Order filed.

Frank P. Kendall, Respondent, v. Gertrude Carnrick, as Executrix, etc., of John Carnrick, Deceased, Appellant.— Judgment affirmed, with costs. No opinion. Order filed.